# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ADAM LAWIN, Defendant. | No. 13-CR-2040-LRR<br><br>ORDER REGARDING MAGISTRATE'S REPORT AND RECOMMENDATION CONCERNING DEFENDANT'S MOTION TO CEASE SEIZURE OF SUBSTIUTE ASSETS, MOTION FOR AN ACCOUNTING ON FORFEITURE, MOTION TO RELEASE SEIZED ASSETS |

## *I. INTRODUCTION AND BACKGROUND*

This matter is before the court on Magistrate Judge Mark A. Robert's Report and Recommendation to grant in part and deny in part Defendant Adam Lawin's Motion Pursuant to Federal Rule of Criminal Procedure 41(g) (docket no. 159) ("R&R"). On March 15, 2021, Defendant filed his Pro Se Motion Pursuant to Fed. R. Crim P. 41(g) (docket no. 133). On March 8, 2022, Judge Roberts held a hearing on the motion (docket no 149). On July 27, 2022, Judge Roberts made his R&R. No objections to the R&R were filed and the deadline for filing objections has passed. The court, therefore, undertakes the necessary review of Judge Roberts's R&R.

## *II. ANALYSIS*

Pursuant to statute, this court's standard of review for a magistrate judge's report and recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Criminal Procedure 59(b) provides for review of a magistrate judge's report and recommendation on dispositive motions, where objections are made, as follows:

> The district judge must consider de novo any objection to the magistrate judge's recommendation. The district judge may accept, reject, or modify the recommendation, receive further evidence, or resubmit the matter to the magistrate judge with instructions.

Fed. R. Crim. P. 59(b)(3).

In this case, no objections have been filed, and it appears to the court upon review of Judge Roberts's findings and conclusions that there is no ground to reject or modify them. Therefore, the court **ACCEPTS** Judge Roberts's R&R of July 27, 2022. Thus, Defendant's Motion is **GRANTED IN PART and DENIED IN PART.**

As such, Defendant's motion for an accounting is **GRANTED** only insofar as the remaining balance due and owing on the forfeiture judgment is reduced by $2,425; and his motion is **DENIED** in all other respects.

**IT IS SO ORDERED**.

**DATED** this 12th day of September, 2022.

_____
LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA